# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20251222-58

Kyle Andrew Coker
94249-509
U.S. Penitentiary USP MCCREARY
P.O. Box 3000
Pine Knot, KY 42635

United States Courts
Southern District of Texas
F I L E D

JAN 1 6 2026

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Monday, December 22, 2025
Case Number: 4:25-cv-00101
Document Number: 3 (8 pages)
Notice Number: 20251222-58
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

